**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Brenda L. Myers**<br>**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>**Movant**<br>**vs.**<br><br>**Brenda L. Myers**<br>**Debtor(s)**<br><br>**Lisa M. Swope**,<br>**Trustee** | **BK NO. 26-21731 CMB**<br><br>**Chapter 7**<br><br>**Related to Claim No.** |

**CERTIFICATE OF SERVICE**
**DEFAULT ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 28, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Brenda L. Myers
PO Box 125
Sagamore, PA 16250

Attorney for Debtor(s)
Kenneth Steidl, Steidl & Steinberg
436 Seventh Ave. Ste. 322
Pittsburgh, PA 15219

Trustee
Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931

Method of Service: electronic means or first-class mail

Dated: August 28, 2026

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com